371 A.2d 1298

Commonwealth v. McIntosh, Appellant.

Argued November 9, 1976. Ralph T. Forr, Jr., Assistant Public Defender, for appellant; Thomas G. Peoples, Jr., District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea nunc pro tunc. See Commonwealth v. Roberts, 237 Pa.Super.Ct. 336, 352 A.2d 140 (1975) and Commonwealth v. Velasquez, 238 Pa.Super.Ct. 368, 357 A.2d 155 (1976).